THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CYNTHIA MCKINNEY, Individually and as Administratrix
for the Estate of Glen S. McKinney, Deceased                                PLAINTIFF

v.                          Case No. 4:20-cv-00080-KGB

UNITED STATES OF AMERICA                                                    DEFENDANT

## ORDER

Before the Court is attorney Sheila F. Campbell's unopposed motion to withdraw as attorney of record and stay the proceedings (Dkt. No. 16). Ms. Campbell, on behalf of plaintiff Cynthia McKinney, requests to be removed as counsel of record, citing "irreconcilable differences that prevents further representation" (*Id.*, ¶ 2). Moreover, Ms. Campbell asks the Court to stay proceedings, suspend the Scheduling Order, and continue the trial to allow Ms. McKinney to secure new counsel (*Id.*, ¶ 4). Ms. Campbell represents that Ms. McKinney and defendant United States of America do not oppose this motion (*Id.*, ¶ 3; 5).

For good cause shown, the Court grants the motion (Dkt. No. 16). The Court stays this case for 30 days, suspends all currently pending pre-trial deadlines, and removes this case from the trial calendar.

Furthermore, the Court orders Ms. McKinney to inform the Court in a written filing within 30 days of the entry of this Order whether she has secured new legal counsel or whether she intends to proceed *pro se* in this matter.

Should Ms. McKinney indicate that she intends to proceed *pro se*, she must also submit and addendum to her complaint indicating that she is the sole beneficiary of Mr. McKinney's estate and that the Estate lacks creditors. *Jones ex rel. Jones v. Corr. Med. Servs., Inc.*, 401 F.3d 950,

951–52 (8th Cir. 2005) (prohibiting a non-attorney administrator of an estate from proceeding *pro se* when there are other beneficiaries or creditors of the estate).

It is so ordered this 8th day of July, 2022.

_____
Kristine G. Baker
United States District Judge